**Leigh–Davis GLASS, Plaintiff–
Appellant,**

v.

**LOCKHEED FEDERAL CREDIT UN-
ION, a NCUA insured credit union;
et al., Defendants–Appellees.**

No. 06–55989.

United States Court of Appeals,
Ninth Circuit.

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

Submitted Aug. 13, 2007.*

Filed Aug. 22, 2007.

Leigh–Davis Glass, Adelanto, CA, pro se.

Before: KLEINFELD, SILVERMAN, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Leigh–Davis Glass appeals pro se from the district court's order dismissing without prejudice her action under the Truth in Lending Act and other consumer protection laws. We dismiss for lack of jurisdiction because the order of dismissal is not a final order. *See Disabled Rights Action Comm. v. Las Vegas Events, Inc.*, 375 F.3d 861, 870 (9th Cir.2004).

Because we dismiss for lack of jurisdiction, we do not consider Glass's motion to refer this matter to the Judicial Council.

**DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

